```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| WILLIAM MCKNIGHT, | : | CIVIL ACTION |
| | : | NO. 05-4566 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| BUCKS COUNTY DEP'T OF , | : | |
| CORRS., et al., | : | |
| | : | |
| Defendants. | : | |

# **O R D E R**

**AND NOW,** this **30th** day of **September, 2009,** it is hereby **ORDERED** that Plaintiff's motion for reconsideration of the Court's memorandum and an order dated October 29, 2008 (doc. no. 60) is **DENIED.**

       **AND IT IS SO ORDERED.**

                                            **S/Eduardo C. Robreno**
                                            **EDUARDO C. ROBRENO, J.**